AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: [X] COMPLAINT  [ ] INFORMATION  [ ] INDICTMENT  [ ] SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

## OFFENSE CHARGED

21 U.S.C. Sec. 841 - Distribution of Controlled Substance
21 U.S.C. Sec. 846 - Conspiracy to distribute controlled substance
21 U.S.C. Sec. 856 - Maintaining a property to manufacture controlled substance

[ ] Petty
[ ] Minor
[ ] Misdemeanor
[X] Felony

PENALTY:
21 U.S.C. Secs. 841 and 846 - 20 years imprison., $1,000,000 fine, 3 years sup. rel., $100 sp. assess.
21 U.S.C. Sec. 856 - 20 years imprison., $500,000 fine, 3 years sup. rel., $100 sp. assess.

**DEFENDANT - U.S.**

SHON M. SQUIER and VALERIE L. HERSCHEL

DISTRICT COURT NUMBER

06-70799 WDB

## PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)
DEA Special Agent Kenny Lee

[ ] person is awaiting trial in another Federal or State Court, give name of court

[ ] this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

[ ] this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   [ ] U.S. Att'y  [ ] Defense
   } SHOW DOCKET NO.

[ ] this prosecution relates to a pending case involving this same defendant

[ ] prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
   } MAGISTRATE CASE NO.

## DEFENDANT

**IS NOT IN CUSTODY**

1) [ ] Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges _____

2) [ ] Is a Fugitive

3) [ ] Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) [X] On this charge

5) [ ] On another conviction

6) [ ] Awaiting trial on other charges  } [ ] Fed'l  [ ] State

If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?  [ ] Yes  [X] No  } If "Yes" give date filed _____

**DATE OF ARREST** ▶ Month/Day/Year: December 12, 2006

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year _____

Name and Office of Person Furnishing Information on THIS FORM: KEVIN V. RYAN
[X] U.S. Att'y  [ ] Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): H. H. (Shashi) Kewalramani

[ ] This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
[ ] SUMMONS  [ ] NO PROCESS*  [X] WARRANT  Bail Amount: None in warrant

If Summons, complete following:
[ ] Arraignment  [ ] Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time: _____
Before Judge: _____

Comments: