KEVIN V. RYAN (CASBN 118321)
United States Attorney

MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

H. H. (SHASHI) KEWALRAMANI (TXSBN 00796879)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 92612
    Phone: (510) 637-3717
    Fax: (510) 637-3724
    shashi.kewalramani@usdoj.gov

Attorneys for United States of America

**ORIGINAL**

**FILED**
DEC 1 1 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**WDB**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> SHON MATTHEW SQUIER and VALERIE LYNN HERSCHEL, <br><br> Defendants. | No. 4 06 70799 <br><br> MOTION TO SEAL COMPLAINT AND SUPPORTING DOCUMENTS |

The United States hereby moves this Court to seal the Affidavit of DEA Special Agent Kenny Lee in support of the criminal complaint, the arrest warrant, the criminal complaint, and the arrest warrants, this motion, and corresponding order until further order of this Court. This motion is based on the information set forth in Special Agent Lee's affidavit.

DATED: December 11, 2006    Respectfully submitted,

        KEVIN V. RYAN
        United States Attorney

        /s/
        H. H. (SHASHI) KEWALRAMANI
        Assistant United States Attorney