☐ ORIGINAL

FILED

DEC 11 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

WDB

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 4 06 70799 |
| Plaintiff, | |
| v. | ORDER GRANTING MOTION TO SEAL COMPLAINT AND SUPPORTING DOCUMENTS |
| SHON MATTHEW SQUIER and VALERIE LYNN HERSCHEL, | |
| Defendants. | |

Good cause appearing therefore, it is hereby ordered that the Affidavit of DEA Special Agent Kenny Lee in support of the criminal complaint, the arrest warrant, the criminal complaint, and the arrest warrants, this motion, and corresponding order until further order of this Court.

DATED: December 11, 2006

HON. BERNARD ZIMMERMAN
United States Magistrate Judge