**FILED**

DEC 1 2 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 06-70799 WDB |
| Plaintiff, | ) | |
| v. | ) | ORDER GRANTING MOTION TO UNSEAL COMPLAINT AND SUPPORTING DOCUMENTS |
| SHON MATTHEW SQUIER and VALERIE LYNN HERSCHEL, | ) | |
| Defendants. | ) | |

Good cause appearing therefore,

IT IS HEREBY ORDERED that the Affidavit of DEA Special Agent Kenny Lee in support of the criminal complaint, the arrest warrant, the criminal complaint, and the arrest warrants, this motion, and corresponding order are unsealed.

DATED: December _12_, 2006

HON. WAYNE D. BRAZIL
United States Magistrate Judge

cc: WDB's File, Copy to AUSA S. Kewalramani