BRUCE HALL ATWATER, ESQ.
ATTORNEY AT LAW

December 15, 2006

The Hon. Wayne Brazil
United States Magistrate Judge
United States Courthouse
Northern District of California
1301 Clay Street
Oakland, CA 94612

RE: U.S.A. v. Shon Squirer, *et all.*
4:06-mj-70799 WDB

Dear Judge:

I write to request that the above captioned matter be placed on your calendar on Monday, December 18, 2006 at 10:00 AM, if available. The reason for my request is two-fold:

First, one of the Sureties, Chantal Cox, needs to be removed and replaced with another individual who can more appropriately act as Mr. Squirer's guardian.

Second, both Mr. Squirer and Ms. Herchel need to be able to communicate with each other and both myself and Mr. Remer will be seeking a modification of the standard no-contact order imposed by Pretrial Services.

I have spoken with ASUA Shashi Kewalramani today at approximately 11:00AM. He indicated that he also wanted the matter added to calendar for Monday, December 18, 2006.

I spoke with Ty Gaskins of the Pretrial Services office this morning as well because I could not reach Mr. Paul Mamaril. She indicated to me that she believed that Mr. Mamaril was also seeking to add this matter to your calendar. It appears that we are seeking the same end.

Therefore, I respectfully request that the matter be added to calendar. Thank you for your time.

Sincerely,

Bruce Hall Atwater
Attorney at Law

Cc: Paul Mamaril, Shashi Kewalramani

1260 B STREET • SUITE 220 • HAYWARD, CA 94541
MAIN: 510.888.7050 • SF: 415.434.1121 • FAX: 510.888.7055