**FILED**

DEC 13 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

| | | DATE | CASE NUMBER |
|---|---|---|---|
| UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA | ORDER SETTING CONDITIONS OF RELEASE AND APPEARANCE BOND | 12/13/06 | 4-06-70799 WDB |

| NAME OF DEFENDANT | ADDRESS OF DEFENDANT | TELEPHONE NUMBER |
|---|---|---|
| VALERIE LYNN HERSCHEL | 26959 Parkside Dr. Hayward, CA 94542 | (510) 760-3482 |

| NAME OF SURETY | RELATIONSHIP TO DEFENDANT | ADDRESS OF SURETY | TELEPHONE NUMBER |
|---|---|---|---|
| KRISTEN HERSCHEL | (Deft's Mother) | 2561 Phelan Ave. Hayward, CA 94545 | (510) 887-2796 cell (510) 589-2561 |

| NAME OF CUSTODIAN | RELATIONSHIP TO DEFENDANT | ADDRESS OF CUSTODIAN | TELEPHONE NUMBER |
|---|---|---|---|
| John Herschel | (Deft's Father) | 24051 Quinn Lane Hayward, CA 94541 | (510) 538-7011 |

| AMOUNT OF BOND | ☒ UNSECURED | ☒ SECURED BY | ☐ DEPOSIT RECEIVED RECEIVED FROM: | OTHER SECURITY POSTED TO BE POSTED BY: | TIME/DATE OF NEXT APPEARANCE | COURTROOM/JUDGE |
|---|---|---|---|---|---|---|
| $100,000 | PR | | | ~~Property in Hayward CA 12/22/06~~ or earlier | 1/5/07 @ 10:00 am | #4 Mag Judge BRAZIL |

## CONDITIONS OF RELEASE AND APPEARANCE

Defendant is subject to each condition checked:

☒ Defendant shall appear at all proceedings as ordered by the Court and shall surrender for service of any sentence imposed.

☒ Defendant shall not commit any federal, state, or local crime.

☒ Defendant shall not harass, threaten, intimidate, injure, tamper with, or retaliate against any witness, victim, informant, juror, or officer of the Court, or obstruct any criminal investigation. See 18 U.S.C. 1503, 1510, 1512, and 1513, on reverse side.

☒ Defendant shall not travel outside the Northern District of California, that is, these counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, San Francisco, San Mateo, Santa Clara, Santa Cruz, and Sonoma. See map on reverse side.

☒ Defendant shall report in person immediately upon release and thereafter as directed to Pretrial Services in _Oakland, CA_. See addresses and telephone numbers on reverse side.

☒ Defendant shall surrender all passports and visas to the Court by _ASAP if any (Deft said she has no passport)_ and shall not apply for any passports or other travel documents.

☒ Defendant shall not possess any firearm, destructive device, or other dangerous weapon.

☒ Defendant shall remain in the custody of custodian _KRISTEN & JOHN HERSCHEL_ at _See address above_, who agrees to supervise him/her and to report any violation of a release condition to Pretrial Services. A custodian who fails to do so may be prosecuted for contempt.

☒ Defendant shall participate in (drug) (alcohol) (mental health) counseling, and submit to (drug) (alcohol) testing, as directed by Pretrial Services.

☒ Defendant shall not use alcohol to excess and shall not use or possess any narcotic or other controlled substance without a legal prescription.

☒ Defendant shall maintain current employment, or if unemployed shall seek and maintain verifiable employment.

☐ Defendant shall submit to a warrantless search of his/her person, place of residence and vehicle at the direction of Pretrial Services.

☒ Defendant shall have no contact with any co-defendant out of the presence of counsel. _Removed as of 12/18/06_

☒ Defendant shall not change residence without prior approval of Pretrial Services.

☐ Defendant shall comply with the following curfew: _____ to _____.

☐ Defendant shall be subject to electronic or voice track monitoring. Defendant may leave home for the purpose of _____

☐ Defendant must ☐ reside in Halfway House _____ ☐ participate in Residential Treatment _____

☒ The following conditions also apply:

~~As soon as the deft's property is posted, the deft's Mother & Father shall be relieved as a surety in this Bond~~

_Both Father & Mother remain on bond, neither as custodian._ WDB

Defendant shall contribute to the cost of services provided by Pretrial Services as directed by Pretrial Services.

### CONSEQUENCES OF DEFENDANT'S FAILURE TO OBEY CONDITIONS OF RELEASE

Payment of the full amount of this bond shall be due forthwith, and all cash or property posted to secure it shall be forfeited. Judgment may be entered and executed against defendant and all sureties jointly and severally.

An arrest warrant for defendant shall issue immediately, and defendant may be detained without bail for the rest of the proceedings.

Defendant shall be subject to consecutive sentences and fines for failure to appear and/or for committing an offense while on release. See 18 U.S.C. 3146 and 3147, on reverse side.

We, the undersigned, have read and understand the terms of this bond and acknowledge that we are bound by it until duly exonerated.

| SIGNATURE OF DEFENDANT | SIGNATURE(S) OF SURETY(ies) | DATE |
|---|---|---|
| X [signature] | X [signature] | 12/13/06 |
| SIGNATURE OF CUSTODIAN / Surety | Custodian / Surety X [John Herschel] | 12-13-06 |
| X Kristen Herschel 12/13/06 | SIGNATURE OF MAGISTRATE JUDGE [Brazil signature] | 12-13-06 |

THIS ORDER AUTHORIZES THE MARSHAL TO RELEASE DEFENDANT FROM CUSTODY. ▶

Document No. _____