1  KEVIN V. RYAN (CASBN 118321)
   United States Attorney
2
3  MARK KROTOSKI, (CABN 138549)
   Chief, Criminal Division
4  H. H. (SHASHI) KEWALRAMANI (TXSBN 796879)
   Assistant United States Attorney
5
6  1301 Clay Street, Suite 340S
   Oakland, California 94612
7  Telephone: (510) 637-3717
   Facsimile: (510) 637-3724
8  E-mail: Shashi.Kewalramani@usdoj.gov

   Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | Case No. 06-70799 WDB |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO WAIVE TIME UNDER SPEEDY TRIAL CLOCK AND FOR PRELIMINARY HEARING |
| v. | ) | |
| SHON MATTHEW SQUIER and VALERIE LYNN HERSCHEL | ) | Date:   January 30, 2007 Time:   10:00 a.m. |
| Defendant. | ) | Before the Honorable Wayne D. Brazil |

This matter is set to come before the Court for Preliminary Hearing or Arraignment on January 30, 2007 at 10:00 a.m. The United States is in the process of gathering the discovery in the matter and providing copies to the defendants' attorneys. In addition to the discovery, the parties are continuing discussions to determine if there is the possibility of a pre-indictment resolution of the matter. Neither Mr. Squier nor Ms. Herschel are in custody.

As indicated by Mr. Squier and Ms. Herschel's signatures, both have consulted with their attorneys and understand that they have the right to a preliminary hearing or that further charging documents be presented and filed with the Court on the day of or before his preliminary hearing. Pursuant to Fed. R. Crim. P. 5.1(d), Mr. Squier and Ms. Herschel knowingly and voluntarily

waive their rights to a preliminary hearing on January 30, 2007 and agree to extend the time for a preliminary hearing until March 6, 2007 at 10:00 a.m. The parties also agree that there is good cause present to grant the extension in light of the discovery to be provided and for the defendants' counsel to effectively prepare.

      The parties also jointly request that the time between January 30, 2007 and March 6, 2007 be excluded under the Speedy Trial Clock to allow Mr. Squier and Ms. Herschel's Westfall's counsel to review the discovery to be provided and effectively prepare taking into account the exercise of due diligence. See 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(iv). The parties agree that the "ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(8)(A).

DATED: January 26, 2007,

Respectfully submitted,

KEVIN V. RYAN
United States Attorney

    /s/
H. H. (SHASHI) KEWALRAMANI
Assistant United States Attorney
Attorney for the United States

    /s/
BRUCE HALL ATWATER
Attorney for Shon Matthew Squier

    /s/
SHON MATTHEW SQUIER
Defendant

    /s/
FREDERICK R. REMER
Attorney for Valerie Lynn Herschel

    /s/
VALERIE LYNN HERSCHEL
Defendant

STIPULATION FOR EXTENSION OF PRELIMINARY HEARING AND
SPEEDY TRIAL CLOCK EXCLUSION
Case No. 06-70799 WDB     2