☐ DOCUMENTS UNDER SEAL

| MAGISTRATE JUDGE MINUTE ORDER | DEPUTY CLERK: Sarah Weinstein | REPORTER/TAPE NO.: FTR 1/30/07 10:20 am -10:22 am |
|---|---|---|
| MAGISTRATE JUDGE: WAYNE D. BRAZIL | DATE: January 30, 2007 | ☐ NEW CASE — CASE NUMBER: 4-06-70799 WDB |

## APPEARANCES

| DEFENDANT: VALERIE LYNN HERSCHEL | AGE | CUST: Y | P/NP: N | ATTORNEY FOR DEFENDANT: JOHN PAUL REICHMUTH (special) | ☒ PD. ☐ APPT. ☐ RET. |
|---|---|---|---|---|---|
| U.S. ATTORNEY: MICHELLE MORGAN-KELLY | | INTERPRETER: NONE | | | FIN. AFFIDAVIT SUBMITTED ☐ / DEFENDANT ELIGIBLE FOR APPOINTED COUNSEL ☐ / COUNSEL APPOINTED ☐ / PARTIAL PAYMENT OF CJA FEES ORDERED ☐ |
| PROBATION OFFICER | | PRETRIAL SERVICES OFFICER: AMELIA BERTHELSEN | | | |

FILED JAN 30 2007
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

## PROCEEDINGS SCHEDULED TO OCCUR

- ☐ INITIAL APPEARANCE
- ☐ PRELIMINARY HEARING
- ☐ MOTION
- ☐ JUDGMENT & SENTENCING
- ☐ I.D. COUNSEL
- ☐ OR ARRAIGNMENT
- ☐ BOND POSTING/SIGNING
- ☐ IA ON PETITION REVOKE PROB.
- ☐ TRIAL
- ☐ DETENTION HEARING
- ☐ REMOVAL HEARING
- ☐ CHANGE OF PLEA
- ☐ PROB. REVOC. OR SUPV. REL. HRG.
- ☒ OTHER: Surety's request to be removed from bond

## INITIAL APPEARANCE

- ☐ ADVISED OF RIGHTS
- ☐ ADVISED OF CHARGES
- ☐ NAME AS CHARGED IS TRUE NAME
- ☐ TRUE NAME:

## ARRAIGNMENT

- ☐ ARRAIGNED ON INFORMATION
- ☐ ARRAIGNED ON INDICTMENT
- ☐ READING WAIVED SUBSTANCE STATED
- ☐ WAIVER OF INDICTMENT FILED

## RELEASE

- ☐ RELEASED ON O/R
- ☐ ISSUED APPEARANCE BOND
- AMOUNT OF SECURITY
- AMOUNT RECEIVED $
- ☐ PASSPORT SURRENDERED DATE:

PROPERTY POSTED/TO BE POSTED
- ☐ CASH $
- ☐ CORPORATE SECURITY
- ☐ REAL PROPERTY:

- ☐ MOTION FOR DETENTION
- ☐ PRETRIAL SERVICES REPORT ORDERED
- ☐ DETAINED
- ☐ RELEASED
- ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED
- ☐ REMANDED TO CUSTODY

ORDER REMOVED TO THE DISTRICT OF

OTHER:

## PLEA

- ☐ CONSENT ENTERED
- ☐ NOT GUILTY
- ☐ GUILTY
- ☐ GUILTY TO COUNTS:
- ☐ PRESENTENCE REPORT ORDERED
- ☐ CHANGE OF PLEA
- ☐ PLEA AGREEMENT FILED
- ☐ OTHER:

## CONTINUANCE

| TO: | ☐ I.D. COUNSEL | ☐ BOND POSTING/SIGNING | ☐ STATUS RE: CONSENT | ☐ JURY TRIAL |
| AT: | ☐ FINAN. AFFIDAVIT SUBMITTED | ☐ PRELIMINARY HEARING OR ARRAIGNMENT | ☐ PLEA | ☐ BOND HEARING |
| BEFORE HON. | ☐ DETENTION HEARING | | ☐ TO HEAR MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | | ☐ IDENTITY/REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROBATION REV. HEARING |
| ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | | ☐ TRIAL SETTING | ☐ COURT TRIAL | ☐ STATUS |

## ADDITIONAL PROCEEDINGS


Case 4:07-cr-00351-DLJ   Document 21   Filed 01/30/2007   Page 2 of 2

Defendant's father, who is a surety for Defendant in this matter, appeared in Court and requested that he be removed from the bond. The Court granted the request and relieved Ms. Herschel's father from the bond. The Court requested that Pre-Trial Services send the report on Defendant to the Court and to the United States. If the United States would like the Court to re-visit the conditions of release given Defendant's father's release from the bond, the United States should let the Court know and put the matter on calendar prior to the next hearing date of March 6, 2007.

COPIES SENT TO: WDB, STATS, Pre-Trial

DOCUMENT NUMBER: