SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney

MARK KROTOSKI, (CASBN 138549)
Chief, Criminal Division

H. H. (SHASHI) KEWALRAMANI (TXSBN 796879)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, California 94612
   Telephone: (510) 637-3717
   Facsimile: (510) 637-3724
   E-mail: Shashi.Kewalramani@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 06-70799 WDB |
|     Plaintiff, ) ) | SECOND STIPULATION TO WAIVE TIME UNDER SPEEDY TRIAL CLOCK |
| v. ) ) | AND FOR PRELIMINARY HEARING |
| SHON MATTHEW SQUIER and ) VALERIE LYNN HERSCHEL ) ) | Date:  March 6, 2007 Time:  10:00 a.m. |
|     Defendant. ) ) | Before the Honorable Wayne D. Brazil |

    This matter is set to come before the Court for Preliminary Hearing or Arraignment on March 6, 2007 at 10:00 a.m.  The United States has provided a substantial amount of discovery to Ms. Herschel's counsel and will provide it to Mr. Squier's counsel as soon as a letter requesting discovery is provided.  In addition to the discovery, Mr. Squier's counsel, Mr. Dennis Roberts, recently underwent a medical procedure requiring him to not be available for a period of time.  Finally, the parties are continuing their discussions to determine whether there is the possibility of a pre-indictment resolution of the matter.  Neither Mr. Squier nor Ms. Herschel are in custody and this is the second stipulation by the parties.

    As indicated by Mr. Squier and Ms. Herschel's signatures, both have consulted with their

SECOND STIPULATION FOR EXTENSION OF PRELIMINARY HEARING AND
SPEEDY TRIAL CLOCK EXCLUSION
Case No. 06-70799 WDB        1

1  attorneys and understand that they have the right to a preliminary hearing or that further charging
2  documents be presented and filed with the Court on the day of or before his preliminary hearing.
3  Pursuant to Fed. R. Crim. P. 5.1(d), Mr. Squier and Ms. Herschel knowingly and voluntarily
4  waive their rights to a preliminary hearing on March 6, 2007 and agree to extend the time for a
5  preliminary hearing until April 20, 2007 at 10:00 a.m.  The parties also agree that there is good
6  cause present to grant the extension in light of the discovery provided and additional discovery to
7  be provided, continuity of counsel as a result of Mr. Roberts' medical procedure, and for the
8  defendants' counsel to effectively prepare.
9     The parties also jointly request that the time between March 6, 2007 and April 20, 2007
10 be excluded under the Speedy Trial Clock to allow Mr. Squier and Ms. Herschel's counsel to
11 review the discovery to be provided and effectively prepare taking into account the exercise of
12 due diligence.  See 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(iv).  The parties agree that the
13 "ends of justice served by the granting of such continuance outweigh the best interests of the
14 public and the defendant in a speedy trial."  18 U.S.C. § 3161(h)(8)(A).

DATED: March 2, 2007,

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

    /s/                                                  /s/
H. H. (SHASHI) KEWALRAMANI         BRUCE HALL ATWATER
Assistant United States Attorney               Attorney for Shon Matthew Squier
Attorney for the United States

                                                      /s/
SHON MATTHEW SQUIER
Defendant

                                                      /s/
FREDERICK R. REMER
Attorney for Valerie Lynn Herschel

                                                      /s/
VALERIE LYNN HERSCHEL
Defendant