SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney

MARK KROTOSKI (CASBN 138549)
Chief, Criminal Division

H. H. (SHASHI) KEWALRAMANI (TXSBN 796879)
Assistant United States Attorney

1301 Clay Street, Suite 340S
Oakland, California 94612
Telephone: (510) 637-3717
Facsimile: (510) 637-3724
E-mail: Shashi.Kewalramani@usdoj.gov

Attorneys for Plaintiff

FILED
MAR 5 - 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>SHON MATTHEW SQUIER and<br>VALERIE LYNN HERSCHEL,<br><br>    Defendant. | Case No. 06-70799 WDB<br><br>[~~PROPOSED~~] ORDER GRANTING<br>SECOND STIPULATION TO WAIVE<br>TIME UNDER SPEEDY TRIAL CLOCK<br>AND FOR PRELIMINARY HEARING<br><br>Date:  March 6, 2007<br>Time:  10:00 a.m.<br>Before the Honorable Wayne D. Brazil |

### [PROPOSED] ORDER

Pursuant to Fed. R. Crim. P. 5.1(d) and 18 U.S.C. § 3161(h)(8), the parties in this matter filed a Second Stipulation to Waive Time Under Speedy Trial Clock and For Preliminary Hearing seeking to waive and extend the time for the preliminary hearing and to exclude the time between March 6, 2007 and April 20, 2007 from the Speedy Trial Clock. The Stipulation was signed by counsel of record as well as the defendants knowingly and voluntarily waiving their rights to a preliminary hearing on March 6, 2007, and extending the preliminary hearing until April 20, 2007. The Stipulation also noted that the United States has provided discovery and will be providing discovery to another counsel. Additionally, the stipulation noted that one of Mr.

cc: WDB's Stats, Copy to parties via ECF

[~~PROPOSED~~] ORDER GRANTING SECOND STIPULATION TO WAIVE TIME
UNDER SPEEDY TRIAL CLOCK AND FOR PRELIMINARY HEARING
Case No. 06-70799 WDB                                    1

1  Squier's counsel required medical attention that resulted in his unavailability for a period of time.
2  This discovery has allowed and will allow the defendants' attorneys to better evaluate the case
3  and assist in preparing a defense. Counsel also acknowledged that an exclusion of time under the
4  Speedy Trial Clock is appropriate to allow for the effective preparation of defense counsel taking
5  into account the exercise of due diligence and for continuity of counsel. Good cause appearing
6  therefor,

7  **IT IS HEREBY ORDERED** that the period of time between March 6, 2007 and April
8  20, 2007 is excluded from the Speedy Trial Clock to allow counsel to effectively prepare and for
9  continuity of counsel, taking into account the exercise of due diligence. 18 U.S.C. §
10 3161(h)(8)(B)(iv). The Court finds that the "ends of justice served by the granting of such
11 continuance outweigh[s] the best interests of the public and the defendant in a speedy trial." 18
12 U.S.C. § 3161(h)(8)(A). Additionally, the Court finds that the defendants, Mr. Squier and Ms.
13 Herschel, knowingly and voluntarily waived the period between March 6, 2007 and April 20,
14 2007, such that preliminary hearing is now scheduled for April 20, 2007 at 10:00 a.m.

15 DATED: 3-5-07

17 WAYNE D. BRAZIL
   United States Magistrate Judge

19 Distribute to:

20 Bruce Hall Atwater
   1260 B Street, Suite 220
21 Hayward, CA 94541
   Counsel for Shon Squier

   Dennis Roberts
   300 Grand Avenue
   Oakland, CA 94612
   Counsel for Shon Squier

23 Frederick R. Remer
   1260 B, St #220
   Hayward, CA 94541
24 Counsel for Valerie Herschel

   Harris B. Taback
   Law Chambers Building
   345 Franklin Sreet, Suite 102
   San Francisco, CA 94102
   Counsel for Valerie Herschel

26 H. H. (Shashi) Kewalramani
   Assistant United States Attorney
   1301 Clay Street, Suite 340S
27 Oakland, CA 94612
   Counsel for Plaintiff

[PROPOSED] ORDER GRANTING SECOND STIPULATION TO WAIVE TIME
UNDER SPEEDY TRIAL CLOCK AND FOR PRELIMINARY HEARING
Case No. 06-70799 WDB                          2