SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney

MARK KROTOSKI, (CASBN 138549)
Chief, Criminal Division

H. H. (SHASHI) KEWALRAMANI (TXSBN 796879)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, California 94612
   Telephone: (510) 637-3717
   Facsimile: (510) 637-3724
   E-mail: Shashi.Kewalramani@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 06-70799 WDB |
|     Plaintiff, ) ) | THIRD STIPULATION TO WAIVE TIME UNDER SPEEDY TRIAL CLOCK AND |
| v. ) | FOR PRELIMINARY HEARING |
| SHON MATTHEW SQUIER and ) VALERIE LYNN HERSCHEL, ) | Date: April 20, 2007 Time: 10:00 a.m. |
|     Defendants. ) | Before the Honorable Wayne D. Brazil |

This matter is set to come before the Court for Preliminary Hearing or Arraignment on April 20, 2007 at 10:00 a.m. The United States has provided a substantial amount of discovery to Ms. Herschel and Mr. Squier's counsel and has made additional discovery available for counsel to review. As stated in the previous stipulation to the Court waiving time under the Speedy Trial Clock and for Preliminary Hearing, Mr. Squier's co-counsel, Mr. Dennis Roberts, underwent surgery resulting in his unavailability for a period of time. As a result of this unavailability, Mr. Roberts has required additional time to review and assess the discovery provided and requires additional time to do so. As a result, the parties' discussions regarding the possibility of a global pre-indictment resolution of the matter is requiring additional time.

THIRD STIPULATION FOR EXTENSION OF PRELIMINARY HEARING AND
SPEEDY TRIAL CLOCK EXCLUSION
Case No. 06-70799 WDB       1

1   Neither Mr. Squier nor Ms. Herschel are in custody and this is the third stipulation by the parties.

2       As indicated by Mr. Squier and Ms. Herschel's signatures, both have consulted with their
3   attorneys and understand that they have the right to a preliminary hearing or that further charging
4   documents be presented and filed with the Court on the day of or before his preliminary hearing.
5   Pursuant to Fed. R. Crim. P. 5.1(d), Mr. Squier and Ms. Herschel knowingly and voluntarily
6   waive their rights to a preliminary hearing on April 20, 2007 and agree to extend the time for a
7   preliminary hearing until June 1, 2007 at 10:00 a.m.  The parties also agree that there is good
8   cause present to grant the extension in light of the discovery provided, continuity of counsel as a
9   result of Mr. Roberts' medical procedure, and for the defendants' counsel to effectively prepare.

10      The parties also jointly request that the time between April 20, 2007 and June 1, 2007 be
11  excluded under the Speedy Trial Clock to allow Mr. Squier and Ms. Herschel's counsel to review
12  the discovery to be provided and effectively prepare taking into account the exercise of due
13  diligence.  See 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(iv).  The parties agree that the
14  "ends of justice served by the granting of such continuance outweigh the best interests of the
15  public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(8)(A).

16  DATED: April 17, 2007,

17  Respectfully submitted,

18  SCOTT N. SCHOOLS
    United States Attorney

19

20  _____/s/_____       _____/s/_____
    H. H. (SHASHI) KEWALRAMANI       BRUCE HALL ATWATER
    Assistant United States Attorney       Attorney for Shon Matthew Squier
21  Attorney for the United States

22       _____/s/_____
         SHON MATTHEW SQUIER
         Defendant
23

24       _____/s/_____
         FREDERICK R. REMER
         Attorney for Valerie Lynn Herschel
25

26       _____/s/_____
         VALERIE LYNN HERSCHEL
         Defendant
27

28

THIRD STIPULATION FOR EXTENSION OF PRELIMINARY HEARING AND
SPEEDY TRIAL CLOCK EXCLUSION
Case No. 06-70799 WDB      2