SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

H. H. (SHASHI) KEWALRAMANI (TXSBN 796879)
Assistant United States Attorney

1301 Clay Street, Suite 340S
Oakland, California 94612
Telephone: (510) 637-3717
Facsimile: (510) 637-3724
E-mail: Shashi.Kewalramani@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 07-00351 MJJ |
| Plaintiff, ) | STIPULATION TO RE-SET MATTER FROM OCTOBER 12, 2007 TO OCTOBER 26, 2007 AND EXCLUSION OF TIME UNDER SPEEDY TRIAL CLOCK |
| v. ) | |
| SHON MATTHEW SQUIER and VALERIE LYNN HERSCHEL ) | Date: October 12, 2007<br>Time: 2:30 p.m. |
| Defendant. ) | Before the Honorable Martin J. Jenkins |

This matter is set to come before the Court for further status on October 12, 2007. The parties stipulate to re-set the matter on the Court's October 26, 2007 criminal calendar in Oakland, California at 2:30 p.m. The Court previously found that the matter is complex under the Speedy Trial Clock, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(ii), and excluded time until October 12, 2007. The parties agree that the time between October 12, 2007 and October 26, 2007 be

///

///

///

STIPULATION TO RE-SET MATTER FROM OCT. 12, 2007
TO OCT.26, 2007 AND EXCLUSION OF TIME UNDER STC
CASE NO. 07-00351 MJJ                         1

1  excluded under this same basis and so that defense counsel may continue to prepare and
2  investigate the matter.
3
4  DATED: October 3, 2007,
5  Respectfully submitted,
6  SCOTT N. SCHOOLS
   United States Attorney
7
        /s/                                             /s/
8  H. H. (SHASHI) KEWALRAMANI                  BRUCE HALL ATWATER
   Assistant United States Attorney            Attorney for Shon Matthew Squier
9  Attorney for the United States

10                                                      /s/
                                               FREDERICK R. REMER
11                                             Attorney for Valerie Lynn Herschel

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION TO RE-SET MATTER FROM OCT. 12, 2007
TO OCT.26, 2007 AND EXCLUSION OF TIME UNDER STC
CASE NO. 07-00351 MJJ                2