SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

H. H. (SHASHI) KEWALRAMANI (TXSBN 796879)
Assistant United States Attorney

  1301 Clay Street, Suite 340S
  Oakland, California 94612
  Telephone: (510) 637-3717
  Facsimile: (510) 637-3724
  E-mail: Shashi.Kewalramani@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 07-00351 MJJ |
| Plaintiff, | [PROPOSED] ORDER GRANTING STIPULATION TO RE-SET MATTER FROM OCTOBER 12, 2007 TO OCTOBER 26, 2007 AND EXCLUSION OF TIME UNDER SPEEDY TRIAL CLOCK |
| v. | |
| SHON MATTHEW SQUIER and VALERIE LYNN HERSCHEL | Date: October 12, 2007<br>Time: 2:30 p.m. |
| Defendant. | Before the Honorable Martin J. Jenkins |

For the reasons set forth in the parties' Stipulation To Re-Set The Matter From October 12, 2007 To October 26, 2007 And Exclusion Of Time Under Speedy Trial Clock, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that the matter is re-set to the Court's October 26, 2007 criminal calendar in Oakland, California at 2:30 p.m. and the time between October 12, 2007 and October 26, 2007 is excluded under the Speedy Trial Clock pursuant to

///

///

[PROPOSED] ORDER GRANTING STIPULATION TO RE-SET MATTER FROM OCT. 12, 2007
TO OCT.26, 2007 AND EXCLUSION OF TIME UNDER STC
CASE NO. 07-00351 MJJ

1

1  18 U.S.C. §§ 3161(h)(8)(A) and (B)(ii), because as previously found and stipulated to by the
2  parties, the matter is complex.

4  DATED:     10/05/07



MARTIN J. JENKINS
United States

Judge Martin J. Jenkins

28  [PROPOSED] ORDER GRANTING STIPULATION TO RE-SET MATTER FROM OCT. 12, 2007
TO OCT.26, 2007 AND EXCLUSION OF TIME UNDER STC
CASE NO. 07-00351 MJJ

2