UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
<u>Criminal Pretrial Minute Order</u>
JUDGE MARTIN J. JENKINS
Date: **10/26/07**

**Clerk:** Frances Stone for Monica Narcisse
**Court Reporter: MARGO GURULE**

**Plaintiff:** United States

**v.**                                                                                       **No.** CR-07-00351-MJJ

**Defendant:**   Shon Matthew Squier [present; not in custody]
Valerie Lynn Herschel [present; not in custody]

**Appearances for AUSA:** Shashi Kewalramani

**Appearances for Defendant:** Def Squier:  Bruce Atwater
Dennis Roberts

Def Herschel: Frederick Remer

**Interpreter:** none

**Probation Officer:**

**Reason for Hearing:**                  **Ruling:**

FURTHER STATUS CONFERENCE-   HELD

**Notes:**

**Case Continued to:**   12/7/07 at 2:30PM  for  Stat or Change of Plea (both defs) Oakland Ctrm #4

**Case Continued to:**        for

**Case Continued to:**        for
**Motions to be filed by:**      **Opposition Due:**
**Case Continued to**                    for Pretrial Conference
**Case Continued to**        for              Trial

**Excludable Delay: Category: Begins:  10/26/07     Ends:** 12/7/07