1  SCOTT N. SCHOOLS (SCSBN 9990)
   United States Attorney
2
3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4  H. H. (SHASHI) KEWALRAMANI (TXSBN 796879)
   Assistant United States Attorney
5
6     1301 Clay Street, Suite 340S
      Oakland, California 94612
      Telephone: (510) 637-3717
7     Facsimile: (510) 637-3724
      E-mail: Shashi.Kewalramani@usdoj.gov
8
9  Attorneys for Plaintiff

10                       UNITED STATES DISTRICT COURT
11                      NORTHERN DISTRICT OF CALIFORNIA
12                              OAKLAND DIVISION

13 UNITED STATES OF AMERICA,            )   Case No. 07-00351 MJJ
                                        )
14       Plaintiff,                     )   [PROPOSED] ORDER GRANTING
                                        )   STIPULATION TO RE-SET MATTER
15                                      )   FROM DECEMBER 7, 2007 TO
       v.                               )   JANUARY 18, 2008 AND EXCLUSION
16                                      )   OF TIME UNDER SPEEDY TRIAL
                                        )   CLOCK
17 SHON MATTHEW SQUIER and              )
   VALERIE LYNN HERSCHEL,               )   Date:  December 7, 2007
18                                      )   Time:  2:30 p.m.
         Defendant.                     )   Before the Honorable Martin J. Jenkins
19 _____ )

20     For the reasons set forth in the parties' Stipulation To Re-set Matter From December 7,
21 2007 to January 18, 2008 and Exlcusion Of Time Under Speedy Trial Clock, and good cause
22 appearing therefor,
23     **IT IS HEREBY ORDERED** that the matter is re-set for change of plea or trial setting on
24 January 18, 2008, and the time between December 7, 2007 and January 18, 2008 is excluded
25 under the Speedy Trial Clock because the matter requires additional investigation and
26 preparation, such that The Court previously found that the matter is complex under the Speedy
27 Trial Clock, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(ii), and excluded time until December 7, 2007.
28

[PROPOSED] ORDER GRANTING STIPULATION TO RE-SET MATTER FROM DEC. 7, 2007
TO JAN. 18, 2008 AND EXCLUSION OF TIME UNDER STC
CASE NO. 07-00351 MJJ                    1

1  The parties agree that the time between December 7, 2007 and January 18, 2008 be excluded
2  under this same basis and so that defense counsel may continue to prepare and investigate the
3  matter and the complexity of the matter.
4  DATED:

                                                         _____
                                                         MARTIN J. JENKINS
                                                         United States District Judge

[PROPOSED] ORDER GRANTING STIPULATION TO RE-SET MATTER FROM DEC. 7, 2007
TO JAN. 18, 2008 AND EXCLUSION OF TIME UNDER STC
CASE NO. 07-00351 MJJ     2