FREDERICK R. REMER
Attorney at Law
State Bar No.: 52727
1260 B Street, Suite 220
Hayward, CA 94541
Telephone: (510) 887-6880
Fax: (510 537-8852

Attorney for Defendant
VALERIE LYNN HERSCHEL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,
    v.

VALERIE LYNN HERSCHEL,

    _____Defendant._____/

CASE NO.: CR-07-00351-MJJ

<u>APPLICATION FOR TRAVEL
ORDER AND PROPOSED ORDER</u>

    Comes now the Defendant by and through undersigned counsel who respectfully requests permission from this Honorable Court to travel from (her residence) in the Northern District of California to Las Vegas, Nevada. She will be leaving on December 29, 2007, and returning on January 1, 2008, during which time she will be staying at the Four Seasons Hotel, 3960 Las Vegas Blvd. South, Las Vegas, Nevada, 89119, 1-702-632-5000.

Assistant United States Attorney Shashi Kewalramani, and Paul Mamaril of Pretrial Services have been notified of this request to travel on the above-referenced dates and they have no objection. Ms. Herschel has agreed to provide Pre Trial Services with the address and telephone number of where she will be staying. This request is based on the above referenced information and supported by the attached declaration.

Dated: 12-11-07

Frederick Remer
Counsel for defendant
Valerie Herschel

FREDERICK R. REMER
ATTORNEY AT LAW
1260 "B" STREET, SUITE 220
HAYWARD, CALIFORNIA 94541
(510) 887-6880

FREDERICK R. REMER
Attorney at Law
State Bar No.: 52727
1260 B Street, Suite 220
Hayward, CA 94541
Telephone: (510) 887-6880
Fax: (510 537-8852

Attorney for Defendant
VALERIE LYNN HERSCHEL

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br><br>VALERIE LYNN HERSCHEL,<br><br>_____Defendant._____/ | CASE NO.: CR-07-00351MJJ<br><br>**DECLARATION OF FREDERICK R. REMER IN SUPPORT OF ATTATCHED APPLICATION FOR TRAVEL ORDER** |

I, FREDERICK R. REMER declare the following under penalty of perjury that the foregoing is true and correct.

1. I represent defendant in the above referenced case.
2. I am an attorney duly licensed to practice law in the State of California.
3. Information contained in the attached application for travel is true and accurate to the best of my knowledge.

Executed this 11ʰ day of December 2007 at Hayward, California.

Dated: 12-11-07

Frederick Remer
Counsel for defendant
Valerie Lynn Herschel

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>VALERIE LYNN HERSCHEL,<br><br>Defendant._____/ | CASE NO.: **CR-07-00351MJJ**<br><br>**PROPOSED TRAVEL ORDER** |

IT IS HEREBY ORDERED that the defendant be permitted to travel to Las Vegas, leaving on December 29, 2007, and returning on Tuesday January 1, 2008, during which time she will be staying at the Four Seasons Hotel, 3960 Las Vegas Blvd. Assistant United States Attorney Shashi Kewalramani, and Paul Mamaril of Pretrial Services have been notified of this request to travel on the above-referenced dates and they have no objection.

Ms. Herschel has agreed to provide Pre Trial Services with the address and telephone number of where she will be staying.

IT IS SO ORDERED.

Dated: _____

_____
MARTIN J. JENKINS
United States District Judge