UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: **CR-07-00351MJJ** |
| Plaintiff, | |
| v. | **TRAVEL ORDER** |
| VALERIE LYNN HERSCHEL, | |
| Defendant.           / | |

IT IS HEREBY ORDERED that the defendant be permitted to travel to Las Vegas, leaving on December 29, 2007, and returning on Tuesday January 1, 2008, during which time she will be staying at the Four Seasons Hotel, 3960 Las Vegas Blvd. Assistant United States Attorney Shashi Kewalramani, and Paul Mamaril of Pretrial Services have been notified of this request to travel on the above-referenced dates and they have no objection.

Ms. Herschel has agreed to provide Pre Trial Services with the address and telephone number of where she will be staying.

IT IS SO ORDERED.

Date: 12/26/07

_____
Nandor J. Vadas
United States Magistrate Judge

[Seal: IT IS SO ORDERED / Judge Nandor J. Vadas / United States District Court, Northern District of California]