JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

H. H. (SHASHI) KEWALRAMANI (TXSBN 796879)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, California 94612
   Telephone: (510) 637-3717
   Facsimile: (510) 637-3724
   E-mail: Shashi.Kewalramani@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 07-00351 MJJ |
|    Plaintiff, | [PROPOSED] ORDER GRANTING STIPULATION TO RE-SET MATTER FROM JANUARY 18, 2008 TO MARCH 14, 2008 AND EXCLUSION OF TIME UNDER SPEEDY TRIAL CLOCK |
| v. | |
| SHON MATTHEW SQUIER and VALERIE LYNN HERSCHEL, | Date: January 18, 2008<br>Time: 2:30 p.m.<br>Before the Honorable Martin J. Jenkins |
|    Defendant. | |

For the reasons set forth in the parties' Stipulation To Re-set Matter From January 18, 2008 to March 14, 2008 and Exlcusion Of Time Under Speedy Trial Clock, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that the matter is re-set for change of plea or trial setting on March 14, 2008, and the time between January 18, 2008 and March 14, 2008 is excluded under the Speedy Trial Clock because the matter requires additional investigation and preparation, such that the Court previously found that the matter is complex under the Speedy Trial Clock, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(ii). The parties agree that the time between January 18, 2008

[PROPOSED] ORDER GRANTING STIPULATION TO RE-SET MATTER FROM JAN. 18, 2008
TO MAR. 14, 2008 AND EXCLUSION OF TIME UNDER STC
CASE NO. 07-00351 MJJ        1

1  and March 14, 2008 be excluded under this same basis and so that defense counsel may continue
2  to prepare and investigate the matter and the complexity of the matter, as well as unavailability of
3  counsel.
4  DATED:

5
6                   _____
                 MARTIN J. JENKINS
                 United States District Judge

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER GRANTING STIPULATION TO RE-SET MATTER FROM JAN. 18, 2008
TO MAR. 14, 2008 AND EXCLUSION OF TIME UNDER STC
CASE NO. 07-00351 MJJ          2