UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America<br><br>　　　　Plaintiff(s),<br><br>　　　　-V-<br><br>Shon Matthew Squier<br>Valerie Lynn Herschel<br><br>　　　　Defendant(s), | CASE NO. CR-07-00351-DLJ<br><br><u>NOTICE</u> of Change of<br>Time for the 3/14/08 Status Conference |

TO:

**Shashi Hari Kewalramani**
U.S. Attorney's Office
1301 Clay St., Suite 340S
Oakland, CA 94612


**Bruce Hall Atwater, III**
Atwater Law Office
1500- 20th Street
San Francisco, CA 94107


**Frederick Randall Remer**
Law Offices of Frederick R. Remer
1260 B Street , Ste. 220
Hayward, CA 94541

YOU ARE HEREBY NOTIFIED THAT the above captioned case was reassigned to Judge D. Lowell Jensen on February 15, 2008.

The Status Conference set for 3/14/08 will be held at **9:00AM** [please note the time] before Judge D. Lowell Jensen in **Dept. 1**, 4th Floor, 1301 Clay Street, Oakland, California.

The 2:30pm time is VACATED.

Dated: February 25, 2008

By: *Frances Stone*

Frances Stone
Clerk to D. Lowell Jensen