1  DENNIS ROBERTS
   STATE BAR No. 36651
2  370 Grand Avenue
   Oakland, CA 94610
3  510 465 6363
   510 465 7375 facsimile
4
   Attorney for SHON SQUIER
5

6

7              IN THE UNITED STATES DISTRICT COURT

8             FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,        )    NO. CR07-00351 DLJ
                                     )
11                  Plaintiff,       )    [PROPOSED] ORDER GRANTING
                                     )    ALL DEFENDANTS'
                                     )    STIPULATION TO CONTINUE
12         vs.                       )    HEARING
                                     )
13  SHON SQUIER,                     )
    VALERIE HERSCHEL                 )
14                                   )
                    Defendants.      )
15  _____   )

16

17       For the reasons set forth in the parties' Stipulation To Continue Hearing, and good cause

18  appearing therefor,

19       **IT IS HEREBY ORDERED** that the matter be continued from March 14, 2008 to April 18,

20  2008, at 9:00 a.m. for change of plea or trial setting.  It is further ordered that the time between

21  March 14, 2008 and April 18, 2008 is excluded under the Speedy Trial Act to accommodate

22  counsel's schedule, to ensure continuity of counsel and because counsel are attempting to resolve

23  this matter with a plea as to both defendants which requires additional time to perfect.

24

25       Dated: March ___, 2008          _____
                                         D. LOWELL JENSEN
26                                       United States District Judge

27

28

[Proposed] ORDER Granting Stipulation to Continue    1              Case No: CR07-00351 DLJ