DENNIS ROBERTS
STATE BAR No. 36651
370 Grand Avenue
Oakland, CA 94610
510 465 6363
510 465 7375 facsimile

Attorney for SHON SQUIER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. CR07-00351 DLJ |
|---|---|---|
| Plaintiff, | ) | ORDER GRANTING ALL DEFENDANTS' STIPULATION TO CONTINUE HEARING |
| vs. | ) | |
| SHON SQUIER, VALERIE HERSCHEL | ) | |
| Defendants. | ) | |

For the reasons set forth in the parties' Stipulation To Continue Hearing, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that the matter be continued from March 14, 2008 to April 18, 2008, at 9:00 a.m. for change of plea or trial setting. It is further ordered that the time between March 14, 2008 and April 18, 2008 is excluded under the Speedy Trial Act to accommodate counsel's schedule, to ensure continuity of counsel and because counsel are attempting to resolve this matter with a plea as to both defendants which requires additional time to perfect.

Dated: March 14, 2008

D. LOWELL JENSEN
United States District Judge

[Proposed] ORDER Granting Stipulation to Continue    1    Case No: CR07-00351 DLJ