# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### Criminal Pretrial Minute Order
### JUDGE D. LOWELL JENSEN
### Date: 6/20/08

**Clerk:** Frances Stone
**Court Reporter:** DIANE SKILLMAN

**Plaintiff:** United States

**v.**                                                              **No.** CR-07-00351-DLJ

**Defendant:** Shon Matthew Squier [present; not in custody]
Valerie Lynn Herschel [present; not in custody]

**Appearances for AUSA:** Wade Rhyne

**Appearances for Defendant:** Shon Matthew Squier: Dennis Roberts
Valerie Lynn Herschel: Harris Taback and Frederick Remer

**Interpreter:**

**Probation Officer:**

**Reason for Hearing:**          **Ruling:**
STATUS/SETTING                    -HELD

**Notes:**

**Case Continued to** 8/8/08 AT 9:00AM **for** STATUS/SETTING

**Case Continued to:**        for
**Case Continued to:**        for
**Motions to be filed by:**   Opposition Due:

**Case Continued to**                 for Pretrial Conference

**Case Continued to**        for        Trial

**Excludable Delay: Category: Begins:** 6/20/08   **Ends:** 8/8/08