UNITED STATES OF AMERICA

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>     v.<br><br>VALERIE LYNN HERSCHEL,<br><br>                Defendant. | Case No. CR 07-00351 DLJ<br><br>FINAL ORDER OF FORFEITURE |

On July 29, 2010, the Court entered a Preliminary Order of Forfeiture forfeiting the following property,

- residence located at 25969 Parkside Drive, Hayward, CA 94542 or an amount not less than $85,853

pursuant to 18 U.S.C. § 981, 18 U.S.C. § 982 and 21 U.S.C. § 853.

The United States represents that it has complied with the publication and notice requirements of the Preliminary Order and that no petitions have been filed.

THEREFORE, it is ordered that the above-described property shall be forfeited to the United States, pursuant to 18 U.S.C. § 981, 18 U.S.C. § 982 and 21 U.S.C. § 853. All right, title, and interest in said property is vested in the United States of America. The appropriate federal agency shall dispose of the forfeited property according to law.

Dated: May 12, 2011

                                HONORABLE D. LOWELL JENSEN
                                United States District Judge